# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| INGRID PARSON | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 21-2370 |
| WILLIAMS SCOTSMAN, INC. d/b/a WILLSCOT | : |
| Defendant. | : |

---

## JOINT STIPULATION OF DISMISSAL
## WITH PREJUDICE

Pursuant to Federal Rule of Procedure 41(a)(1)(A)(ii), the Parties, by and through their respective undersigned counsel, hereby stipulate and agree to the dismissal of this action, with prejudice and without costs.

| | |
|---|---|
| **Murphy Law Group, LLC** | **Ogletree, Deakins, Nash, Smoak & Stewart, P.C.** |
| By: /s/ *Benjamin Salvina* | By: /s/ *Clark Whitney* |
| Michael Murphy, Esq. | Clark Whitney, Esq. |
| Benjamin Salvina, Esq. | Rachel Stone, Esq. |
| Eight Penn Center, Suite 2000 | 1735 Market Street, Suite 3000 |
| 1628 John F. Kennedy Blvd. | Philadelphia, PA 19103 |
| Philadelphia, PA 19103 | clark.whitney@ogletree.com |
| murphy@phillyemploymentlawyer.com | Rachel.stone@ogletree.com |
| bsalvina@phillyemploymentlawyer.com | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |
| Dated: December 13, 2021 | Dated: December 13, 2021 |

**CERTIFICATE OF SERVICE**

I, Benjamin Salvina, Esquire, hereby certify that on December 13, 2021, I caused a true and correct copy of the foregoing to be sent via the Court's ECF system to the following counsel:

Clark Whitney, Esq.
Rachel Stone, Esq.
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
1735 Market Street, Suite 3000
Philadelphia, PA 19103
Clark.whitney@ogletreedeakins.com
Rachel.stone@ogletreedeakins.com
*Attorneys for Defendant*

*/s/ Benjamin Salvina*
Benjamin Salvina, Esquire

Dated: December 13, 2021